UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:16-CV-7-FL |
| WENDY HUDSON GIDDENS, SETH ) | |
| HUDSON GIDDENS, JEREMY L. ) | |
| HUDSON, and JOSHUA L. HUDSON ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion for summary judgment made pursuant to Federal Rule of Civil Procedure 56.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 9, 2018, and for the reasons set forth more specifically therein, that plaintiff's motion for summary judgment is granted. Judgment is awarded to plaintiff as follows: Wendy Giddens, in the amount of $122,337.19, with interest accruing from November 30, 2017, until the date of judgment at the rate of $9.3966 per day until the date of judgment, and post-judgment interest at the legal rate; Seth Hudson Giddens, in the amount $109,357.22, with interest accruing from November 30, 2017, until the date of judgment at a rate of $7.7280 per day, and post-judgment interest at the legal rate; Jeremy L. Hudson in the amount of $33,039.15, with interest accruing from November 30, 2017, until the date of judgment at a rate of $1.7167 per day and post-judgment interest at the legal rate; Jeremy L. Hudson in the amount of $57,980.33, with interest accruing from November 30, 2017, until the date of judgment at a rate of $4.4801 per day and post-judgment interest at the legal rate; Joshua L. Hudson in the amount of $43,940.56, with interest accruing from November 30, 2017, until the date of judgment at a rate of $2.2831 per day and post-judgment interest at the legal rate; and Joshua L. Hudson in the amount of $60,639.36, with interest accruing from November 30, 2017, until the date of judgment at a rate of $4.6874 per day and post-judgment interest at the legal rate.

**This Judgment Filed and Entered on July 9, 2018 and Copies To:**

Roberto F. Ramirez, Jason L. Hendren, and Rebecca F. Redwine, (via CM/ECF Notice of Electronic Filing)

July 9, 2018.  PETER A. MOORE, JR. CLERK
　　　　　　　　　　　　　　　　 /s/ Sandra K. Collins
　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk